**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **IN RE:** | : | **Case No. 11 - 79018 - dte** |
| **JOSEPH CASANO,** | : | **Chapter 7** |
| Debtor. | : | **Judge Dorothy T. Eisenberg** |
| **JOSEPH CASANO,** | : | |
| Plaintiff, | : | |
| vs. | | **Adv. Pro. No.: 12 - 08005 - dte** |
| | : | |
| **INTERNAL REVENUE SERVICE AS AGENT OF U.S.A. and NYS DEPART-MENT OF TAXATION AND FINANCE,** | : | |
| | : | |
| Defendant. | | |
| | : | |

AGREED PARTIAL JUDGMENT

Pursuant to the stipulation between the Debtor/Plaintiff and the United States Department of Justice on behalf of the Internal Revenue Service filed with the Court on June 25, 2012 as to the dischargeability of certain tax liability of the Debtor/Plaintiff for the year ending December 31, 2010 ("Stipulation"), and the Court having considered the Stipulation, it is hereby

ORDERED, ADJUDGED AND DECREED that the Debtor/Plaintiff's federal income tax liability for taxes, penalties and interest for the year ending December 31, 2010 is excepted from discharge under 11 U.S.C. § 523(a)(1)(A) and (7) and the taxes and interest thereon are

[The remainder of this page is intentionally left blank.]

properly classified as a priority tax claim based on 11 U.S.C. § 507(a)(8)(A)(I).

**Dated: Central Islip, New York**
**August 6, 2012**

*/s/ Dorothy Eisenberg*
**Dorothy Eisenberg**
**United States Bankruptcy Judge**